Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Spencer Wolgang (SW 2389)
swolgang@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiffs*
*WowWee Group Limited,*
*WowWee Canada, Inc. and*
*WowWee USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOWWEE GROUP LIMITED, WOWWEE CANADA, INC. and WOWWEE USA, INC., *Plaintiffs* v. MEIRLY, MEMO, MENGNAN MAKER, MEN'S FASHION SHOES STORE, MILANOOPANDA, MISS MOON, MOONLIGHTLOVER, MOST TIME, NECESSARYCLOTHING, NEW FASHION PRODUCT TOY, NEWPAGE0, NICE DEAL SHOP, OCEANSTARS, OVERSEE, PACENTO OFFICAL SHOES STORE, PARDARG, PENCILCASE, PPBAO, QINGCHUNANGRAN, QINGYANGXINXIU, QINSHI, QUENTIN TIN, RELL MAIL, RFHNGMTRTNJJTED, ROMANTICSHOPPING, ROSEWHOLESALEBUYING, RUN-RABBIT, SC888999, SDFGH, SEXY WOMEN DRESS, SHENZHEN YURIY TRADING CO., LTD., SHENZHENXINSHIDAIDIANZISHANGWUDIAN, SHOPSTYLE, SMARTWEICONG, SONG789, SUMMERDANCE, SUMMERDEAL, SUNSHINE | **CIVIL ACTION No. 18-cv-706 (AJN)** **NOTICE OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND A PERMANENT INJUNCTION** |

1

ONON, SUPERLLV, THE GIRL TO HEAVEN, THE MOST ROMANTIC THING, THEBAY, TIAN MA KE JI, TIANHONGYIHUA, TOBEST2016, TOMORROWSUNSHINEE, TOPBUAUTY, TSUNEYO MACHINERY ACCESSORIES, TVG, VALUEQUALITYANDSERVICE, WANELOLIFE, WANTINGTING233, WARM COCOA COFFEE, WENSHUIXIANG, WH, WINDLYFLY, WOO CHANT, WORLD TRADING COMPANY, WORLDMAKEUP, WUMANNA, XIAOFENG001, XIAOXIANGZI418, XINGYUEXIAOBAODIAN, YANGRONGXXMM@163.COM, YANGTTE, YAYABB STORE, YIKUKUNANZHUANG, YIQIUMEI, YIWUTENGYUE, YJ STYLISH STORE, YJNFNHY, YOYO003, YUGUIHAI, YUTAO, Z_LIVING, ZDSS, ZHANGMINGHAO, ZHANGSHAOPING85, ZHANGWEM3, ZHANGYAZI, ZHANGYILIN66, ZHI JIA DAILY NECESSITIES and ZSJ,

*Defendants*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that pursuant to the Court's May 11, 2018 Scheduling Order and May 15, 2018 Order Extending Plaintiffs' Time to File, and in accordance with Your Honor's Individual Rules of Practice, the Court's Individual Local Civil Rule 55.2(b) and Federal Rule of Civil Procedure 55(b)(2), Plaintiffs WowWee Group Limited, WowWee Canada, Inc. and Plaintiff WowWee USA, Inc. (collectively, "WowWee" or "Plaintiffs") by and through its undersigned counsel, move for default judgment and a permanent injunction ("Motion for Default Judgment") against the following Defendants: Meirly, Men's fashion shoes store, Miss Moon, Most time, New Fashion Product Toy, NewPage0, Pacento Offical Shoes Store, pardarg, pencilcase, ppbao, rfhngmtrtnjjted, Run-rabbit, sc888999, sexy women dress, Shenzhen Yuriy Trading Co., Ltd., shenzhenxinshidaidianzishangwudian, smartweicong, SONG789, summerdance, superllv, TIAN MA KE JI, tobest2016, Tsuneyo machinery accessories, TVG,

2

Valuequalityandservice, Warm cocoa coffee, wenshuixiang, wh, windlyfly, Woo Chant, worldmakeup, wumanna, Xiaofeng001, xiaoxiangzi418, yangrongxxmm@163.com, yiwutengyue, YJ Stylish store, yjnfnhy, z_living, ZDSS, zhangshaoping85, zhangyazi, zhangyilin66, Zhi jia daily necessities and ZSJ (collectively hereinafter referred to as "Defaulting Defendants").

The Motion for Default Judgment is based upon the Declaration of Mary Kate Brennan in support of Plaintiffs' Motion for Default Judgment, the Certificate of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in this Action by Defaulting Defendants and upon all prior pleadings and proceedings herein.

Dated: June 28, 2018                                    Respectfully submitted,

                                                        EPSTEIN DRANGEL LLP


                                                        BY:    /s/ Mary Kate Brennan
                                                               Mary Kate Brennan (MB 5595)
                                                               mbrennan@ipcounselors.com
                                                               Spencer Wolgang (SW 2389)
                                                               swolgang@ipcounselors.com
                                                               Ashly E. Sands (AS 7715)
                                                               asands@ipcounselors.com
                                                               Jason M. Drangel (JD 7204)
                                                               jdrangel@ipcounselors.com
                                                               Brieanne Scully (BS 3711)
                                                               bscully@ipcounselors.com
                                                               60 East 42nd Street, Suite 2520
                                                               New York, NY 10165
                                                               Telephone:    (212) 292-5390
                                                               Facsimile:    (212) 292-5391
                                                               *Attorneys for Plaintiffs*
                                                               *WowWee Group Limited,*
                                                               *WowWee Canada, Inc. and*
                                                               *WowWee USA, Inc.*